| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required y the Ethics in Gov rnment Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Mid le initial) KOLLAR-KOTELLY. COLLEEN | 2. Court or Organization United States District Cour l | 3. Date of Report 5/13/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) District Judge - Active | 5. ReportType (check appropriate type) ○ Nomination Date ○ Initial ◉ Annual ● Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |
| 7. Ch mbers or Office Address U.S. District Court 333 Constit tion Avenue, NW W shingto , D.C. 20001 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

# I. POSITIONS. (Reporting individu l only; see p . 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Robert Shuker Scholarship Memorial Fund |

# II. AGREEMENTS. (Reporting individu l only; see pp. 14-16 of filing instructions)

☐ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2004 | D.C. Superior Court Retirement Plan |

RECEIVED
May 18 10 08 AM '05
FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME, (Reporting individual and spouse, see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2004 | D.C. Superior Court Retirement Fund | 96,987.96 |

### B. Spouse's Non-Investment Income (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2004 | Self-Employed (Lawyer) |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Chase Bank | Credit Card | K |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| □ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Rental Property, Rehoboth Beach, DE | D | Rent | M | W | | | | | |
| 2. Riggs National Bank | | None | J | T | | | | | |
| 3. Bank of America | A | Interest | J | T | | | | | |
| 4. Fidelity Investments Mortgage Securities Fund (IRA) | B | Dividend | K | T | | | | | |
| 5. Fidelity Investments Mortgage Securities Fund (IRA) | B | Dividend | K | T | | | | | |
| 6. Dickstein, Shapiro, Morin & Oshinsky Capital Account | D | Interest | M | T | | | | | |
| 7. Capital Realty Investors II L.P. | | None | J | U | | | | | |
| 8. Ardsley/Park Hoover Limited Partnership | C | Dividend | K | U | | | | | |
| 9. Ardsley/Cumberland Associates Limited Partnership | B | Dividend | J | U | | | | | |
| 10. Ardsley/Arlington Associates Limited Partnership | | None | K | U | | | | | |
| 11. DSM Poseidon L.L.C. | D | Dividend | J | U | | | | | |
| 12. Bank of New York Com. Stock | A | Dividend | K | T | | | | | |
| 13. Capital One Fin. Com. St. | A | Dividend | K | T | Partial Sale | 09/28 | J | D | |
| 14. Merck Com. St. | A | Dividend | | | Sell | 03/03 | K | D | |
| 15. Revlon Consumer Products - Bonds | A | Interest | | | Sell | 02/18 | K | | |
| 16. General Electric Com. St. | A | Dividend | K | T | | | | | |
| 17. U.S. Treasury Notes | C | Interest | | | Sell | 05/06 | K | C | |
| 18. Money Store Notes | B | Interest | K | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,000-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KOLLAR-KOTELLY, COLLEEN | 5/13/2005 |

## VII. INVESTMENTS and TRUSTS  – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. Schwab Money Market Fund | B | Dividend | M | T | | | | | |
| 20. Ford Motor Credit Corp. Notes | A | Interest | | | Matured | 02/23 | K | | |
| 21. USX Marathon Group Notes | B | Interest | K | T | | | | | |
| 22. Bethlehem Steel Notes | A | Interest | J | T | | | | | |
| 23. Chevy Chase Saving Debentures | A | Interest | | | Redeem | 01/02 | K | A | |
| 24. HMH Properties Notes | A | Interest | J | T | Part Redeem | 04/15 | J | A | |
| 25. HMH Prpoerties Notes | A | Interest | J | T | Part Redeem | 05/03 | J | A | |
| 26. HMH Properties Notes | A | Interest | J | T | Part Redeem | 08/06 | J | | |
| 27. HMH Properties Notes | A | Interest | J | T | Part Redeem | 09/02 | J | A | |
| 28. DR Horton Notes | B | Interest | K | T | | | | | |
| 29. Caterpillar Fin. Notes | B | Interest | | | Redeem | 08/01 | K | | |
| 30. ITT Corp. Notes | B | Interest | K | T | | | | | |
| 31. Pacificorp Notes | B | Interest | K | T | | | | | |
| 32. Sterling One Industrial LLC | D | Dividend | K | U | | | | | |
| 33. Burlington Resources Com. St. | A | Dividend | K | T | Partial Sale | 01/20 | J | A | |
| 34. Burlington Resources Com. St. | A | Dividend | K | T | Partial Sale | 10/29 | J | B | |
| 35. Walt Disney Com. St. | A | Dividend | | | Partial Sale | 02/11 | J | A | |
| 36. Walt Disney Com. St. | A | Dividend | | | Sell | 02/18 | K | D | |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2.501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000   0 = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes  Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)  U = Book Value   V = Other   W = Estimated

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. (2) Date: Month-Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. Pfizer Com. St. | A | Dividend | K | T | | | | | |
| 38. Federal Home Loan Mortgage Notes | | None | | | Sell | 01/09 | K | B | |
| 39. Allied Capital Com. St. | B | Dividend | K | T | | | | | |
| 40. Gillette Com. St. | A | Dividend | | | Sell | 07/01 | K | C | |
| 41. Honeywell Com. St. | A | Dividend | K | T | | | | | |
| 42. McKesson Corn. St. | A | Dividend | K | T | | | | | |
| 43. American Electric Power Notes | B | Interest | K | T | | | | | |
| 44. National Rural Utilities Notes | B | Interest | K | T | | | | | |
| 45. International Lease Financial Co. Notes | B | Interest | K | T | | | | | |
| 46. Royal Caribbean Notes | B | Interest | K | T | | | | | |
| 47. Federal Home Loan Bank Bonds | B | Interest | L | T | Buy | 03/24 | K | | |
| 48. Federal Farm Credit Bank Bonds | B | Interest | K | T | | | | | |
| 49. General Dynamics Corp. Com. St. | A | Dividend | K | T | | | | | |
| 50. ALCOA Inc. Com. St. | A | Dividend | | | Sell | 11/09 | K | C | |
| 51. International Business Machines Com. St. | A | Dividend | | | ell | 03/09 | K | B | |
| 52. EMC Corp. Com. St. | | None | K | T | | | | | |
| 53. Jacobs Engineering Group Com. St. | | None | | | Sell | 01/20 | K | A | |
| 54. Freeport McMoran Copper & Gold, Inc. Com. St. | B | Dividend | K | T | | | | | |

1. Income/Gain Codes:     A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
   (See Columns B1 and D4)     F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000
2. Value Codes:     J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000
   (See Columns C1 and D3)     N = $250,001-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000     P4 = More than $50,000,000
3. Value Method Codes     Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash/Market
   (See Column C2)     U = Book Value     V = Other     W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| KOLLAR-KOTELLY, COLLEEN | 5/13/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 55. MCG Capital Corp. Com. St. | B | Dividend | K | T | Buy | 02/17 | K | | |
| 56. Anheuser Busch Co. Inc. Com. St. | A | Dividend | K | T | Buy | 02/26 | K | | |
| 57. Boston Scientific Corp. Com. St. | | None | K | T | Buy | 03/03 | K | | |
| 58. Nokia Corp. ADR Com. St. | | None | K | T | Buy | 04/08 | K | | |
| 59. Anadarko Petroleum Com. St. | A | Dividend | | | Buy | 04/29 | K | | |
| 60. Anadarko Petroleum Com. St. | A | Dividend | | | Sell | 08/25 | K | B | |
| 61. Tempur Pedic Intl. Com. St. | | None | K | T | Buy | 05/06 | K | | |
| 62. Anthem Inc. Com. St. | | None | | | Buy | 07/01 | K | | |
| 63. WellPoint Inc. Com. St. (formerly Anthem Inc.) | | None | K | T | Name Change | 12/01 | | | |
| 64. Home Depot Inc. Com. St. | A | Dividend | K | T | Buy | 09/16 | K | | |
| 65. Home Depot Inc. Com. St. | A | Distribution | K | T | Buy | 11/17 | K | | |
| 66. Apache Corp. Com. St. | A | Dividend | K | T | Buy | 09/28 | K | | |
| 67. Consolidated Edison Com. St. | A | Dividend | K | T | Buy | 10/29 | K | | |
| 68. Affiliated Computer Com. St. | | None | K | T | Buy | 11/09 | K | | |
| 69. Sovereign Bankcorp Com. St. | | None | K | T | Buy | 11/17 | K | | |
| 70. Streettracks Gold Trust Com. St. | | None | K | T | Buy | 11/24 | K | | |
| 71. Diageo CAP PLC - Notes | B | Interest | K | T | Buy | 01/09 | K | | |
| 72. TECO Energy Notes | A | Interest | | | Buy | 05/20 | K | | |

1. Income Gain Codes:  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
   (See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| KOLLAR-KOTELLY, COLLEEN | 5/13/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 A-H | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | If not exempt from disclosure | | |
| | | | | | | | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. TECO Energy Notes | A | Interest | | | Sell | 11/15 | K | A | |
| 74. Citigroup Inc. Notes | | None | K | T | Buy | 07/27 | K | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = 5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,091-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $6,000,800 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | — |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$6,000,000 | P2 = $6,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (indicate part of Report)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

Date _5/13/05_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544